## UNITED STATES of America, Plaintiff–Appellee,

v.

## Charlie SHIVERS, III, Defendant–Appellant.

### No. 13–12771
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 31, 2014.

Gale McKenzie, Alana R. Black, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

R. Gary Spencer, R. Gary Spencer, PC, Atlanta, GA, for Defendant–Appellant.

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

R. Gary Spencer, appointed counsel for Charlie Shivers, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Shivers's convictions and sentences are **AFFIRMED.**